UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
    a/k/a "진성일,"
    a/k/a "Jin Song-Il,"
    a/k/a "Pedro Alonso,"
    a/k/a "Richard Stewart,"
    a/k/a "Stewart Conn,"
    a/k/a "Kelsey Bane,"
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
a/k/a "Eric Prince",
PAK JIN-SONG,
    a/k/a "박진성,"
a/k/a "Glaus Li,"
and
EMANUEL ASHTOR,
    a/k/a "Ndagijimana Emmanuel,"

        Defendants.
_____/

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

    The United States, by and through the undersigned Assistant United States Attorney, and files this motion to unseal the above-captioned indictment and states the following:

    1.    On January 21, 2025, a Southern District of Florida Grand Jury returned a five count indictment charging the defendants with:

        Count 1: Conspiracy to Damage a Protected Computer (18 U.S.C. 371);

        Count 2: Conspiracy to Commit Wire Fraud and Mail Fraud (18 U.S.C. 1349);

        Count 3: Conspiracy to Commit Money Laundering (18 U.S.C. 1956(h));

    Count 4: Conspiracy to Transfer False Identification Documents (18 U.S.C. 1028(a)(2) and (f)); and

    Count 5: Conspiracy to Violate the IEEPA (50 U.S.C. 1705(a) and (c)).

  2. The indictment was ordered sealed until the arrest of the defendant or further order of the Court. On January 22, 2025, defendant Erick Ntekereze Prince was arrested John F. Kennedy International Airport in Queens, New York.

  3. Defendant Erick Ntekereze Prince is scheduled to make his initial appearance in the Eastern District of New York on January 23, 2025 and therefore the undersigned requests the Court unseal the indictment prior to that hearing.

  WHEREFORE the United States respectfully requests that the indictment in this matter be UNSEALED by the Court.

          Respectfully submitted,

          MICHAEL S. DAVIS
          ACTING UNITED STATES ATTORNEY

By: _/s/ Jonathan Stratton_
    JONATHAN STRATTON
    Assistant United States Attorney
    Florida Bar No. 93075
    99 Northeast 4th Street, 4th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9151
    E-mail: jonathan.stratton@usdoj.gov