UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL, et al.,

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney Sean Paul Cronin be informed of all future filings in the above-captioned case.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    */s/ Sean Paul Cronin*
    Sean Paul Cronin
    Assistant United States Attorney
    Court No. A5500940
    99 N.E. 4th Street, Suite 400
    Miami, FL 33132
    Tel# (305) 961-9194
    Fax: (305) 530-6168
    sean.p.cronin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Sean Paul Cronin*
Sean Paul Cronin
Assistant United States Attorney
