2 DEFENDATS

# MINUTE ORDER

Page 4

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 9th Floor          Date: 2/06/25     Time: 2:00 p.m.

Defendant: Erick Ntekereze Prince     J#: 00068-506    Case #: 25-CR-20021-GAYLES/GOODMAN
AUSA: Jonathan Stratton                Attorney: Daniel Ecarius - AFPD
Violation: Consp to Damage a Protected Computer. Consp to Commit Wire Fraud and Mail Fraud. Consp to Commit Money Laundering. Consp to Transfer false ID Docs.
Surr/Arrest Date:     YOB:

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held? ☐ Yes ☑ No    Recommended Bond:
Bond Set at: STIP - $100K PSB           Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs      Language: English
☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☑ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with co-defendants/ victims/witnesses, except through counsel and in the presence of counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment (court) (reside)
☑ Travel extended to: S/D-FL and State of New York
☐ Other:

Disposition:
- Deft. advised of rights and charges; Deft. sworn.
- Ore tenus Mtn for Court Appointed Counsel - Granted AFPD is appointed
- Ore tenus Mtn for Bond - Granted Defense Stipulated to 100K PSB
- Defendant Released

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:37:13, 14:59:12          Time in Court: 15 minutes

s/Eduardo I. Sanchez                  Magistrate Judge