UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20021-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERICK NTEKEREZE PRINCE,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:  /s/ *Marisa R. Taney*
MARISA R. TANEY
Assistant Federal Public Defender
Florida Special A No.: A5502943
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4255
Fax: (305) 536-4559
E-mail: marisa_taney@fd.org

1

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 10, 2025 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ *Marisa R. Taney*
      MARISA R. TANEY