UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
PAK JIN-SONG, and
EMANUEL ASHTOR,

       **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case.

Respectfully submitted,

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

By:   *s/ Annika M. Miranda*
       Annika M. Miranda
       Assistant United States Attorney
       Florida Bar No. 64975
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132
       Telephone: (305) 961-9303
       E-mail: Annika.Miranda@usdoj.gov
       *Counsel for the United States of America*