UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

v.

ERICK NTEKEREZE PRINCE,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

**THIS CAUSE** came before the Court on Defendant Erick Ntekereze Prince's Unopposed Motion for Modification of Bond Conditions [ECF No. 23]. After having reviewed the record and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion for Modification of Bond Conditions is **GRANTED**. Erick Ntekereze Prince is authorized to travel to California for business purposes.

**DONE AND ORDERED** in the Southern District of Florida on February 21, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**