UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERICK NTEKEREZE PRINCE,

        Defendant.

_____/

## MOTION FOR LEAVE TO FILE UNDER SEAL

Erick Ntekereze Prince, through undersigned counsel, moves the Court for permission to file a Motion to Modify Conditions of Release under seal, because the motion and attachments contain sensitive information regarding Mr. Prince's medical history and treatment.

        Respectfully Submitted,

        **HECTOR DOPICO**
        **FEDERAL PUBLIC DEFENDER**

BY:  *s/Marisa R. Taney*
        Marisa R. Taney
        Assistant Federal Public Defender
        Florida Bar No.: A5502943
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130
        Tel: (305) 530-7000
        Email: marisa_taney@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **May 5, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/Marisa R. Taney*

2