UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERICK NTEKEREZE PRINCE,

    Defendant.

_____/

## ORDER ON MOTION TO FILE UNDER SEAL

**THIS CAUSE** came before the Court upon the Defendant's Motion to File under Seal [ECF No. 39] and being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the motion to file document under seal is **_GRANTED_**. The matter shall remain sealed for __5__ years and then unsealed and destroyed by the clerk.

**DONE AND ORDERED** at Miami, Florida this 8th day of May, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

1