UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ERICK NTEKEREZE PRINCE,

    Defendant.

_____/

## JOINT UNOPPOSED MOTION TO CONTINUE TRIAL

Eric Prince and Emanuel Ashtor, by and through counsel, respectfully move unopposed for a continuance of the trial in the above-captioned case, which is currently scheduled for the two-week period starting on July 14, 2025. The defendants seek a corresponding extension of all pretrial motion and plea deadlines. As grounds for the motion, the defendants state as follows:

1. On January 21, 2025, the government filed an indictment under seal, charging Mr. Prince and Mr. Ashtor with counts of (1) Conspiracy to Damage a Protected Computer; (2) Conspiracy to Commit Wire Fraud and Mail Fraud; (3) Conspiracy to Commit Money Laundering; (4) Conspiracy to Transfer False Identification Documents; and (5) Conspiracy to Violate the International Emergency Economic Powers Act.  [DE 3].

2. On February 6, 2025, Mr. Prince and Mr. Ashtor had their initial appearances in federal court.  [DE 15; DE 18].  The government stipulated to a

personal surety bond for each defendant, which was entered that day. [*Id.*]. Both defendants have been out on bond since that date.

3. On May 1, 2025, after a motion to continue was filed, the Court issued its most recent scheduling order, setting trial during the two-week period beginning on July 14, 2025. [DE 38].

4. Undersigned counsel, counsel for Mr. Ashtor, and counsel for the government are in ongoing discussions about whether this case can be resolved prior to trial. Additionally, discovery in this case is voluminous, and there have been some technological issues relating to its transfer. Counsel for the defendants require additional time to complete those discussions with the government and to review all of the discovery in this case, in order to investigate possible defenses, consider filing any relevant motions, and make a recommendation about the appropriate resolution. As such, the defendants request a continuance, and ask that the Court reset this matter for trial in late September or early October in order to ensure that the parties have adequate time to complete their discussions and prepare for a plea or trial in this case.

5. This motion is made in good faith and not for the purposes of unnecessary delay. Additionally, resetting the trial date is consistent with the ends of justice and would not interfere with the interest of the public or the defendants' right to a speedy resolution of this case.

6. Undersigned counsel has conferred with AUSA Sean Cronin, who has

authorized counsel to represent that the government has no objection to the continuance sought.

WHEREFORE, Eric Prince and Emanuel Ashtor, request that the Court grant this motion to continue trial, and seek a corresponding extension of all related deadlines.

                                    Respectfully submitted,

                                    **HECTOR DOPICO**
                                    **FEDERAL PUBLIC DEFENDER**

BY:   *s/Marisa R. Taney*
           Marisa R. Taney
           Assistant Federal Public Defender
           Florida Bar No.: A5502943
           150 W. Flagler Street, Suite 1700
           Miami, Florida 33130
           Tel: (305) 530-7000
           Email: marisa_taney@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           */s/ Marisa Taney*