UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

v.

ERICK NTEKEREZE PRINCE,
EMANUEL ASHTOR,

    Defendants.

_____/

**ORDER GRANTING JOINT UNOPPOSED**
**MOTION TO CONTINUE TRIAL**

**THIS CAUSE** came before the Court upon the Defendants' Erick Ntekereze Prince and Emanuel Ashtor Joint Unopposed Joint Motion to Continue Trial [ECF No. 47]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance ─ *i.e.*, from the date the Motion was filed, July 2, 2025, to and including the date trial commences ─ is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **October 6, 2025.** A calendar call will be held on **Wednesday October 1, 2025, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances

telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 8, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record