UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

v.

ERICK NTEKEREZE PRINCE,

    Defendant.
_____/

### ORDER ON DEFENDANT'S SURRENDER

**THIS CAUSE** came before the Court following a change of plea hearing in the above-captioned case. As agreed by the parties, the defendant is to self-surrender to the United States Marshal in the Southern District of Florida by 4:00 pm on Thursday, November 6, 2025. Based on the foregoing, the bond is hereby set aside.

**DONE AND ORDERED** at Miami, Florida this 6th day of November, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE