UNITED STATES OF AMERICA

FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-20021-CR-GAYLES

UNITED STATES OF AMERICA
- PLAINTIFF

v.

ERICK N. PRINCE
- DEFENDANT

FILED BY ___ D.C.

JAN 06 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DT: 12-29-2025

## NOTICE

DEFENDANT HEARBY SUBMITS THIS NOTICE TO ALL THE PARTIES REGARDING THE DEFENDAT'S INTENTION TO WITHDRAW HIS GUILTY PLEA. THE DEFENDANT NOTIFIED HIS COUNSEL ON RECORD REGARDING THE WITHDRAWL OF PLEA ON DECEMBER 24th, 2025 VIA THE TRULINCS EMAIL SYSTEM, A COPY OF THE EMAIL IS ENCLOSED WITH THIS NOTICE.

MY COUNSEL IS EXPECTING A BABY AND I BELIEVE THIS NOTICE WILL BE SUFFICIENT REGARDING MY INTENTION

①

TO CHANGE MY PLEA, IF FOR ANY MEDICAL

REASON MY COUNSIL ON RECORD BECOMES

UNAVAILABLE IN A TIMELY MANNER.

RESPECTFULLY SUBMITED

ERICK N. PRINCE

 +

FDC NO. 00068-506

②

TRULINCS 00068506 - PRINCE, ERIC - Unit: MIM-D-W

---------------------------------------------------------------------------------

FROM: 00068506
TO: Taney, Marisa
SUBJECT: Withdrawing My Plea
DATE: 12/24/2025 06:37:50 PM

Good evening Mrs. Taney,

I'm withdrawing my plea effective immediately.

Thank you and Merry Christmas

CASE NO. 25-20021-CR-GAYLES

FROM: ERICK PRINCE
FDC REG. No. 00068-506
FDC MIAMI
P.O. BOX 019120
MIAMI FLORIDA 33101

REC'D BY_____
JAN 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK OF COURT
WILKIE D. FERGUSON JR.
U.S. COURTHOUSE - ROOM NO - 8N09
400 N MIAMI AVE
MIAMI-FLORIDA 33128

