**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case 25-CR-20021-DPG

United States of America
        Plaintiff

v.

Erick Ntekereze Prince
                Defendant

**NOTICE OF FILING LETTERS**

The Defendant, Erick Ntekereze Prince, files through undersigned counsel the eleven attached

letters in support of his sentencing.


Respectfully submitted,

/s/ Christopher M. DeCoste
FL Bar: 15969
Law Office of Christopher DeCoste, P.A.
40 NW 3rd St PH 1, Miami, FL 33128
cmd@christopherdecoste.com
305-395-5775

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through CM/ECF on May 4, 2026 and served on all appropriate parties through that system.

/s/ Christopher M. DeCoste
Law Office of Christopher DeCoste, P.A.

**To Whom It May Concern,**

I am writing on behalf of the Genesee Park SDA Church Food Pantry to offer a sentencing recommendation for Eric Ntekereze, who served as a dedicated volunteer with our organization from July through October. During his time with us, Eric contributed over 100 hours of service, and his impact on our team and the broader community has been both meaningful and lasting.

Eric quickly became an integral part of our volunteer staff. His caring nature, dependability, and attention to detail made him a standout contributor. Whether organizing food donations, assisting clients, or helping maintain our pantry's operations, Eric approached every task with professionalism and compassion. His ability to connect with individuals from all walks of life and his consistent reliability made him a trusted presence in our daily work.

Beyond his technical contributions, Eric's presence brought warmth and stability to our team. He showed genuine concern for the well-being of others and often went above and beyond to ensure that our clients felt respected and supported. His absence is deeply felt—not only by our staff but by the many families who benefited from his kindness and commitment.

We respectfully ask that Eric's service to the community be taken into consideration during sentencing. His time with us reflects a person capable of empathy, responsibility, and meaningful contribution. We believe in his potential to continue making a positive impact and hope that his demonstrated character and dedication will be weighed accordingly.

Sincerely,

Sherrita Hope

Pantry Coordinator

Genesee Park SDA Food Pantry

212-203-9410 / ritarenee77@gmail.com

Pastor Moisés Espinosa
Seventh-day Adventist Genesee Church

391 Genesee Park Blvd,
Rochester, NY 14619
espinosamoses39@gmail.com
Date: 12/1/2025

The Honorable Judge Darrin P. Gayles
United States District Court

Dear Judge Gayles,

I am writing on behalf of Mr. Erick Ntekereze Prince, whom I have known for over two years as his pastor at the Seventh-day Adventist Church in Rochester, New York. It is both an honor and a responsibility to offer this character reference for him.

He volunteered regularly at the Genesee Church Food Pantry, assisting with food distribution and sorting clothing for families in need. His reliability, patience, and willingness to serve others made him an indispensable part of our outreach efforts. Erick also participated in various community service activities the church organized, always showing humility and a sincere desire to uplift others.

Erick attended church faithfully, showing commitment to his spiritual growth, personal development, and moral values. His conduct within the congregation consistently reflected integrity, respect, and kindness. Through his involvement, he became a positive role model for younger members and a cherished friend to many.

Our church community, his friends, brothers, and sisters in faith, will greatly miss his warmth, positive attitude, and genuine spirit of service. Erick's character has always been one of encouragement and goodwill, and his absence is deeply felt among those who have come to know and appreciate him.

Thank you for taking this testimony into consideration. If you require any additional information, please feel free to contact me directly.

Respectfully,

_____

Pastor Moisés Espinosa
Seventh-day Adventist Genesee Church
Rochester, New York

**NTEKEREZE INNOCENT**
**BEATRICE MUNEZERO**

**306 CLAY AVENUE**
**ROCHESTER, NY 14613**
**(585)-328-0765**

**MAY 01, 2026**

**THE HONORABLE JUDGE DARRIN P. GAYLES**

His Excellency Judge Gayles,

My name is Ntekereze Innocent (Father) and Beatrice Munezero (Mother). We are writing on behalf of our dearest son, Eric Ntekereze Prince. There is so much we could share that would fill a book, but we hope to offer a glimpse of who our son is outside of this case so the Court may better understand him.

As God-fearing parents, we have always taught our children to obey and follow God, to distance themselves from wrongdoing, and instead to do good, be respectful, and be a positive light in this world. These are values we pray for and instill in our children every day, including the young man standing before you, Eric Ntekereze Prince.

Eric is a cheerful, warm, kind, and respectful young man with strong ambition for business and entrepreneurship. He is someone who answers the call to help others and his community. We believe his ambition is driven not only by personal goals, but by a genuine desire to uplift those in need. He loves people, cares deeply for the elderly, and has been a pillar in our lives as older parents and new to this country. He supports us by taking us to medical appointments, translating for us, helping us financially, and contributing to the community. He shows kindness not only to us, but to anyone he encounters, even those he does not know.

We understand that Eric has pleaded guilty in this case. It is very difficult for us as parents to comprehend this situation. While we do not excuse what happened, we wanted to share who our son is beyond this moment. We respectfully ask the Court to consider his character and allow him the opportunity to return home sooner, so he may continue supporting his family and contributing positively to the community.

We humbly ask the Court to consider leniency, such as probation or a reduced sentence, and to take into account his efforts to work very hard, support his family, and grow into a better person. We truly believe that if given this opportunity, Eric will continue to grow positively, and this experience will serve as a powerful lesson for the rest of his life.

Thank you very much for your time and for considering our letter. May God be with you and everyone in this courtroom, and bless the work that you do. We are available if the Court requires any additional information.

Respectfully,

NTEKEREZE INNOCENT & BEATRICE MUNEZERO
THE PARENTS OF ERIC NTEKEREZE PRINCE

**Amy LE GENTIL**
**16 rue Ginette Neveu**
**Paris, 75018**
**FRANCE**
**amylegentil@gmail.com**
**+33 7 86 23 90 84**

**November 19, 2025**

**The Honorable Judge Darrin P. Gayles**
**Wilkie D. Ferguson, Jr. United States Courthouse**
**400 North Miami Avenue**
**Room 11-1**
**Miami, Florida 33128**

**Re: Character Reference for Eric Ntekereze Prince**

Dear Judge Gayles,

My name is Amy Le Gentil, and I have been Eric's partner for a year. He is the first man I have ever loved, and I waited almost my entire life to meet someone with his heart. I had never experienced the level of care, tenderness and emotional support he has shown me. Eric has always supported me, helped me navigate family difficulties and offered the same devotion to anyone he loves, especially his parents.

We met in Paris on the night of July 12, 2024, and we officially became a couple on December 12 of that same year. From the very first day, his character stood out. His honesty struck me immediately. He hid nothing about his past, his childhood or the difficult circumstances of his upbringing. He has always been resilient, hardworking and deeply faithful. He never shied away from his humble beginnings and how hard he worked to build a more stable life for himself and his parents. His devotion to his family is something rare. Many people run from the pain of their childhoods, yet Eric carries no bitterness. He believes his parents did the best they could with the little they had, and he honors them for it.

I was made aware of this case from the first moment. It was deeply traumatic for me. We were returning from a wonderful vacation together, and I was waiting for him to land safely. I spent hours checking his location until I learned he had been arrested. I cried more that week than I ever had in my life. Even after learning what he was being accused of, I chose to stay by his side because I knew the man he truly is. I come from Paris, the so-called city of love, yet no one in my life, not even my own father or my closest friends, has ever been as loving, protective and respectful of me as Eric. I often criticize men because many can be careless or unkind, but Eric proved to me that there are still men with genuine faith, integrity, loyalty and compassion. He is the man who brought me closer to God. Even though we do not share the same religion, he always reminded me to praise God in every circumstance.

Eric has always been respectful toward my friends, even those whose style, identity or mindset are unconventional. While others might judge them, he welcomed them with kindness. I did not know him at the time of the events in this case, but when he told me

everything, I made the decision to trust him. I am not someone who falls blindly in love. If I had been, I would have many stories to tell. But with Eric, I knew he never meant to harm anyone. Sometimes opportunities seem safe until they reveal their dangers. Many people have fallen for similar schemes. For many couples, this situation would have destroyed everything, but we chose to stay together and face it.

I say this with humility: there are many men in the world, and I am not someone who struggles to attract people. I work as a model; meeting men has never been an issue. But when you find true love, devotion and loyalty in a man who respects your values, your family and your friends, you hold on to it. That is why I choose Eric every single day. I have never met a man like him. He considers everyone around him before himself. He is thoughtful to a level that surprises me daily, such as avoiding strong perfume because his lawyer was pregnant and might be sensitive to smells. Even I would not have thought that far.

What touched me most about him at the beginning was his calm voice, his warmth and his kindness. I fell in love with his tired, sad eyes, because I could see how much life he had endured. Later, I learned more about the unimaginable experiences he lived through as a child. Rwanda's genocide was one of the most horrific events in modern times. Eric grew up in fear, in poverty, between a jungle and a farm. He lived through moments no child on earth should face. He had to dig holes to hide with his family at night so they would not be killed or kidnapped. His parents often starved so their children could eat. He worked from a young age to bring food home. He did not win the geographic lottery, but God helped him and his family leave that nightmare.

He has carried physical and emotional scars from this past. His trauma affected his development so deeply that his adult teeth never grew properly, and he had to fix them in his late twenties. Despite everything, he never became angry at the world. He studied relentlessly, always achieving high grades because he knew education was his only path to a better future. As a Black refugee child in predominantly white schools, he was mocked and discriminated against for his accent and identity, yet he remained kind and determined.

Even during the most stressful period of his life with this case, he stayed a devoted son and a caring partner. He supported me through my own struggles, checked on me constantly and helped me fight depression while he was drowning in his own. After returning to his parents' home, he found work as a delivery driver, despite the weight of this case hanging over him. He often worked fifteen hours a day, sometimes more. He cared for his ill father, brought food home, helped with medical appointments and supported his parents financially. He also volunteered at charities for several hours each week. I witnessed his exhaustion, but he never complained. He simply kept going and focused on helping others.

Loving someone from far away during such a painful moment is incredibly hard. I could not help him legally, but I could be present emotionally. It broke him to realize the financial burden this case represented. Neither of us comes from wealth, and the cost of legal defense in the United States is beyond what we could ever imagine. His parents must have felt powerless, which is heartbreaking for any parent. Anyone who loves Eric has felt that pain.

He is not gone forever, but his absence feels like stolen time. I miss him deeply. It hurts not to be able to reach him whenever I need to hear his voice. It scares me to know he is in such a dark environment. He witnessed suicides inside the facility, events that can shake anyone's spirit. I pray for him constantly and hope he can return to me soon.

I know Eric wants to become a better man, and this experience has already changed him. He will be more cautious, more disciplined and more aware of the law. His devotion to God, his family, his community and to our future together is stronger than ever.

Eric has always been mature because life forced him to grow up quickly. He worked hard to educate himself, to rise above his circumstances and to build a better life for his parents and himself. In America, many people dream of becoming wealthy and successful, but the truth is that the "lottery of life" is not equal for everyone. When one is not born with the right advantages, ambition can sometimes lead to missteps. Eric dreamed of becoming a CEO in the tech world, without knowing the legal, structural and financial complexities behind such a journey. This case traumatized him deeply. He no longer wants to pursue entrepreneurship, and I worry about how his future opportunities will be affected. A conviction can follow someone for life, especially a Black man. But he has accepted responsibility for his actions, and he is ready to face the consequences.

I am grateful to be able to write this letter. At the plea hearing, I could not speak, but I had so much to express. I am appreciative that you allowed us to share one last meal before he was taken into custody. It was heartbreaking to see him escorted away, yet it was an experience I will never forget.

Thank you, Judge Gayles, for allowing me to share my thoughts and feelings about Eric. I hope these words offer a true glimpse into the kind and extraordinary person he is. Thank you for your time and consideration.

Respectfully,

**Amy Le Gentil**

Ninteretse Jean Pierre
Rochester, New York
Jeanpierren41@gmail.com

Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

**Letter in Support of Eric Ntekereze's Sentencing**

Dear Honorable Judge Darrin P. Gayles:

I write in support of my cousin, Eric Ntekereze, with a sincere request that the Court consider the full measure of his life and character, and impose a sentence that is just, equitable, and allows him to begin redemption soon.

I have known Eric since he was born and I can attest that Eric has always been an upstanding, caring, loving and all in all a really good guy, whom I am lucky to call a cousin. I can confidently say that Eric is really loved by all cousins (and there are at least 20 of us), aunties, uncles, and every family member. Eric is funny, quick-witted, generous, caring, and God-fearing; he also makes a mean turkey on Thanksgiving (a skill that has endeared him among our family of immigrants that usually relies on typical African food for Thanksgiving). Eric is one who remembers birthdays without being reminded, who shows up early to help set the table, who stays late to wash the last dish, and who remembers to make restaurant reservations when no one wants to take on that task. It is no exaggeration to say he is the favorite among us. It is simply the truth of how he makes people feel seen and cared for.

Eric has been there for me personally at every turning point—when I got married, when I became a parent, and in the quiet moments in between when I needed a steady hand more than I knew how to ask. I would like to believe I am special to him, but the truth is that Eric treats everyone this way. His generosity knows no bounds. He is the person who answers the late-night call, who shows up with soup when you are sick, and who helps carry the heavy boxes without being asked. He is reliable in the ways that matter most.

What makes this all the more remarkable is where he started. Eric was born in a refugee camp in Tanzania after his parents fled the civil war in Rwanda. He lived there for years before arriving in Rochester barely a teenager. The challenges of integration—from language and culture to sheer survival—are hard to capture on paper. Even so, he pressed forward. He graduated from high school, completed college, and took on every job he could find. He did not ask for shortcuts; he learned, he worked, and he kept moving.

I understand how complex our legal system can be, especially for someone who did not grow up within it and has no legal training. I also know Eric has not used that complexity as an excuse. He has accepted responsibility for his conduct. He has expressed deep regret, not in grand declarations, but in the humble way he has always acknowledged when he has fallen short and resolved to do better.

Ninteretse Jean Pierre
Rochester, New York
Jeanpierren41@gmail.com

I wish we were not here. We all do. Yet I know Eric will treat this moment as a turning point and not a dead end. He is remorseful. He is capable of growth. He has a strong and loving family ready to hold him accountable and to support him as he rebuilds. I believe—based on a lifetime of watching his persistence and heart—that he will emerge from this stronger, steadier, and fully committed to being the law-abiding, contributing family member he has always tried to be.

With respect for the seriousness of these proceedings, I ask that the Court impose a sentence that recognizes both the harm and the human being before you—a sentence that holds him accountable while preserving his ability to return to his community and begin his redemption. Eric has overcome long odds before. With the chance to do so, he will do it again, and he will make good on it, and I know he will make us all proud.

Thank you for your consideration.

Respectfully,

Ninteretse Jean Pierre

Brian PARK
+1 (248) 880-7214
6201 Shimmer Falls dr
Roseville, CA 95747
bpark37@gmail.com
Brian@bpsmerchant.com

Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Letter in Support of Eric Ntekereze's Sentencing

Dear Judge Darrin P. Gayles,

I am writing this letter on behalf of my dear friend, Eric, whom I have had the privilege of knowing for over

eleven years. He has been a close and consistent presence in my life, someone I have always made an

effort to stay in touch with.

I first met Eric in the summer of 2014 while doing church mission work in Michigan. He was fresh out of

Christian academy, and I was a senior at Michigan State University. We were part of a group selling

Christian books door to door — a challenging yet deeply rewarding experience that forged a strong bond

between us. Though we were both young and still maturing at the time, I have since had the honor of

watching him grow into the thoughtful and responsible man he is today.

Shortly after that summer, I had the privilege of living with Eric in New Jersey while completing an

internship. It was a joy sharing that time with him and exploring life in a new place together. I witnessed

firsthand how hard he worked to support himself, pay for school, and develop his business ideas. He

would take a bus into the city for his job at a small sandwich and soup shop, and in his free time, he

would diligently work on his startups. His intelligence, creativity, and work ethic have always impressed

me. Above all, Eric has consistently demonstrated honesty and reliability — qualities that have defined his

character throughout the years.

One example that stands out clearly in my memory speaks to his integrity and determination. While I was

serving as a student missionary in Southeast Asia, Eric reached out to me about a business venture he

was pursuing. He needed funding and asked if I would be willing to loan him approximately $13,000. He

expressed his conviction in the project, assured me he would repay the amount as soon as he secured

investors, and even drafted formal contracts to make our agreement official. Trusting his character and

abilities, I agreed to help him.

Unfortunately, his efforts to obtain funding were unsuccessful, and though I never doubted his intentions, I

did begin to worry that repayment might not be possible. However, over the years that followed, Eric

consistently sent me payments whenever he could — $1,000 here, $1,500 there — even taking on extra

jobs, including one as a dishwasher, to make sure he honored his word. In the end, he repaid every

penny, plus additional funds as a gesture of gratitude. I was never the one to pressure him; he repaid me

entirely of his own accord. I found this remarkable, as it is rare to see such integrity and perseverance,

especially in financial matters among friends.

Through all the years I have known him, Eric has remained a loyal friend guided by his faith in God. I

have seen how that faith has shaped his character and helped him navigate life's challenges. He is

someone I deeply respect and am proud to call a friend.

When I learned about this case and the allegations against him, I was shocked. From everything I know of

Eric — his moral compass, his diligence, and his honesty — I cannot imagine him knowingly participating

in any fraudulent activity. I believe he became entangled with the wrong people and was misled, rather

than acting with malicious intent.I understand that my words may carry only limited weight in this matter, but I respectfully ask that you

consider my experiences with Eric and the strong character he has demonstrated over more than a

decade of friendship. I truly believe he is a good man who has simply found himself in an unfortunate

situation. Should the court decide against acquittal, I sincerely ask for leniency in his sentencing.

Eric is a devoted friend, brother, and son, and his absence would be deeply felt by all who know him. I

look forward to the day I can see him again and witness him continue to grow into the man I know he

strives to be.

Thank you for taking the time to read my letter and for considering my perspective. I wish you wisdom and

peace as you make your decision.

Sincerely,

Brian Park

# REVIVED SOUL MEDICAL rsmedical
## 1329 East 17th Street
### BROOKLYN, NY 11230
### TEL: 718-382-5060
### FAX: 718-382-590510/23/2025

Dear Judge Darrin P. Gayles

I am writing this letter in support of my patient, Eric Prince who has been under my care since March 17th 2025. During this time, he has been diagnosed with Major Depressive Disorder, Generalized Anxiety Disorder, Post-Traumatic Disorder and Social Phobia.Despite the challenges associated with these conditions, Mr. Prince has demonstrated a strong commitment to treatment and personal growth.

He has been fully compliant with prescribed medication and treatment plan, which includes both medication management and therapeutic interventions. Mr. Prince consistently attends scheduled appointments, adheres to prescribed medications, and actively participates in discussions regarding his progress and wellness goals.

In my professional observation, Mr. Prince has shown improvement in emotional stability and overall functioning. He has been open, cooperative, and willing to work collaboratively on treatment goals. During all interactions, he presents as well-adjusted, respectful, and demonstrates insight into his mental health. There are no observable behavioral issues or concerns while under my care.

It is my professional opinion that Mr. Prince exhibits good character, accountability, and genuine motivation to maintain a healthy lifestyle. He continues to make steady progress toward recovery and personal wellness.

Please feel free to contact me if you require any additional information or clarification regarding Mr. Prince's treatment and progress.

Sincerely,

Sohamy Pinard

Miriam Martine Camara
1274 3rd Avenue
Los Angeles, CA 90019
Camara.miriam@gmail.com
(609) 216-0960

November 7, 2025

The Honorable Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Re: Character Reference for Eric Ntekereze Prince

Dear Judge Gayles:

I am appreciative of this opportunity to extol the talents of and celebrate the humanity within Eric Ntekereze Prince. I am aware that Eric is appearing before your court in connection with allegations centered around fraud, but I am compelled to highlight that these charges are not aligned with his moral character.

I am Eric's entertainment attorney and have had the honor of representing Eric and his record label for three years. During this time, in addition to demonstrating promise as a forward-thinking music executive, I have come to know him as a person of integrity, compassion, responsibility, and devotion to God. Eric has gone above and beyond to change lives and bring the voiceless to the forefront in the music industry. I have watched him forgo his own payments and commissions to ensure the developing artists under his tutelage are financially stable and have space to create freely. His intelligence and business acumen are as profound as his commitment to making the world a better place.

Eric is a burgeoning executive who is poised to break records and propel talent to the top of the charts internationally. His absence will surely set back the momentum his artists Kansy and ARDN currently enjoy. It will also rob the music community of the discovery of new stars and trends from locales unfamiliar to us in the states. I have watched him give hope to artists who never thought they would be able of achieving greatness, and it will be a tremendous void not having that spirit in recording studios and label discovery meetings for however long he is away. He is able to nudge younger teens and adults away from desperation and danger into focus and prosperity through his artist development. This is someone who skipped out on the chance to hobnob with celebrities to attend two career days at junior high schools around New York, just to spread the contagion that is "hope". While I understand the seriousness of the matter before the Court, I want to share that Eric is someone devoted to personal growth and accountability. With his freedom, he would never allow the slightest chance of association with unsavory business dealings again.

I respectfully ask that the Court take into account Eric's overall character, contributions, and potential for continued positive impact when determining an appropriate outcome. I believe that this experience has been a turning point and that they are fully committed to becoming and remaining a productive, law-abiding member of the community.

Thank you for your time and consideration. Please do not hesitate to contact me if the Court requires any further information.

Sincerely,

Miriam Camara
Principal Attorney
Camara Law Group

Wilkie D.  Ferguson Federal Courthouse
400 N. Miami Ave, Miami FL 33130
Attention: The Honorable Darrin P. Gayles

Dear Judge Gayles,

I have known Eric Ntekereze Prince as far back as I can remember – we were born cousins nine months apart, in the same town, and grew up on the same street for the first ten years of our lives. Eric has been there for practically every major, and most minor, moment of my life. I have relied on his support and his capacity as a confidant for the better part of my twenty-nine year life. I have seen first hand the character, integrity, and loving spirit with which he lives his life and shares with the people around him. As a high school kid, I was always amazed at the reception he received from every member of his rural seventh-day adventist high school. The students, administrators, and staff all greeted him like a relative. He asked people about their days, he knew their family, he offered to help with moves, and he lent a hand to the cleaning staff — no one was too small and no task was too big or too demeaning if it meant contributing to the community and the people he loved.

One of my fondest memories dates back to the 2008 summer olympics, when we were about twelve years old. We watched every event together, with each passing sport becoming my latest obsession. I wanted to practice every sport – volleyball, track, basketball – and Eric, seeing my obsessions, acquiesced and became my de facto training partner because he saw that I cared deeply about my goals. While my athletic ambitions came and went that summer, Eric's commitment to the people he loves, and the community at large, and his willingness to lend a helping-hand has remained constant. For as long as I've known him, he has been a member of his faith community, he has volunteered his time to educate and feed the needy, and he's been as kind to strangers as he is to family.

The subject of the case at hand could not represent a bigger divergence from the person I know Eric to be – and I struggle to think of many people in my family's life, and our community, whose absence will be felt as dramatically as Eric's. Eric has planned and helped host most of the family's Thanksgiving meals since the age of seventeen. He sends invites, he shops for groceries, he preps meals, and has a hand in cooking most of the holiday meals our family has had for over a decade. That generosity and commitment defines Eric – and it is not limited to his loved ones. Eric is the kind of person that can spend all day working and then spend his evenings volunteering with the homeless. It sounds cliched, and self-serving given the moment, but that's the simple truth of his character. I've spent holiday evenings, often in the cold winter of upstate New York, in the passenger seat of Eric's car, driving from one homeless encampment and to another handing out boxes full of pizza Eric purchased and delivered to the homeless and other needy people in our community. I've seen him give his time and effort  to others in similar ways since he was a teenager.

Eric's impact on my life has been immeasurable and his absence will be deeply felt. He's been my confidant since I was child; he was there for me when I struggled through college, he

hosted me in New York City when I couldn't afford tickets back to upstate New York from Boston on school holidays, he helped me pick my law school, and he's been there for me, my family, his church, and the community in a million different ways that will be sorely missed – all of which we hope to get back as soon as possible and practicable. I cannot envision an individual whose core beliefs, actions, and character align more closely with the potential to yield a productive and positive contribution to society in his return.

Very truly yours,

Niyobuhungiro Godfroid, Esq.

Your Honor,

Judge Darrin P. Gayles,

My name is Ardon, Eric's cousin, and former artist client professionally known as ARDN. Although we are blood related, I only met Eric in 2018 in the early stages of my artistic career as a singer-songwriter, during my first visit to New York City from Canada. What was at that time a dream come true to be visiting a culturally defining and historic city such as New York, it was simultaneously overwhelming for a fairly young and naive artist to be navigating the city and music industry. That is until, Eric came in playing a significant and stabilizing role showing me the ropes of New York and the music industry, with an unwavering belief in my potential. He instilled in me the resilience required to become a successful artist both on the creative and business side of the industry. Since then, Eric and I have gone on to accomplish a number of achievements, that once felt so unattainable.

As my manager, he played a pivotal role in my artistic development ultimately leading to my signing with Capitol Records in 2022. As a tour manager, Eric gracefully handled the ins and outs of life on the road, when we toured across Canada and Europe. After my decision to go independent, Eric embraced an even greater responsibility and work load, overseeing release schedules, coordinating shows, and securing our first television placement, all while building his own independent music label from the ground up. Our professional relationship is one that is defined by integrity, respect, and a deep sense of partnership. Yet the true value in our relationship lies in who I know him to be on a personal level.

Eric has always been a positive reinforcement in my life, not only in shaping me as an artist but as a human being. To know him, is to know sincerity, generosity, contagious laughter and a kindness that stems from the faith he holds as a believer in Jesus Christ. It is knowing determination, perseverance, diligence, and an exemplary display of consistency. In my time working with Eric, I had always taken note of his immense ambition, and level of commitment he contributed as my manager, which in turn allowed me to create to my fullest potential, without concern for internal matters. Eric has always operated with integrity, and represented not only me, but his faith in God, family, and country with the utmost respect. Some of my fondest memories involve our endless good natured debates about the United States and Canada, our national sports teams, cities, and cultures. Although our debates were lighthearted and all in good fun, beneath the humor was Eric's unmistakable patriotism and pride as an American citizen. I have never met anyone who honours the title of an "American", more sincerely than he did.

Despite the fact we are cousins, I recognize Eric as a brother, someone I deeply admire and continue to look up to. While I cannot speak to the specifics of this case, I can confidently speak to his character, his principles and beliefs he's consistently lived by since we've met. I sincerely ask that you take this letter into genuine consideration. Thank you for your time and attention,

Best Regards,

Ardon Nsengiyumva

**Leslie A. Ross**
**1180 Pinnacle Road**
**Henrietta, New York 14467**
**(585) 415-4058**

Sunday, November 10, 2025

Judge Darrin P. Gayles
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Re: Eric Ntekereze Prince

Dear Sir:

My name is Leslie A. Ross, and I reside in Henrietta, New York. I have been afforded the opportunity and privilege of knowing Eric through my church, Genesee Park Boulevard SDA in Rochester, New York. Eric is a young man whom I have grown to rely upon without any equivocations during our interactions at our food pantry. Moreover, I have come to know him through his eagerness to help me in the other ministries in which I serve.

Eric arrives early and leaves the pantry late helping stock food and clothes for the underprivileged in our community. He has been specifically chosen to register the new clients. I have observed how he treats them with the dignity and self-respect they deserve as human beings. Never once has he spoken to anyone in a condescending manner. Likewise, he is an asset to this ministry due to his unwavering efforts to encourage those who are suffering by offering a word of encouragement.

The few times that I saw him take food from the pantry; Eric took food for his mother and siblings. I was touched to know that he put their needs before his own. A rare quality not found in most young people. Moreover, despite having a job that he would go to after working hard at the pantry. He would not leave until he was satisfied that our work was completed.

Whatever I ask him to do to help me, he does it with no complaints and a smile. I rely upon him heavily in other ministries as well. Unfortunately, I have a permanent disability for which there is no cure. He told me on several occasions that he would be willing to help me. All I need to do is ask. Despite our church having several young people in attendance, Eric is one of the few who is actively involved and diligently serving.

I do not know what Eric has done to appear before you in court. I have never asked him. However, I know the man who has served with me side by side faithfully for several months. He is someone whom I trust implicitly and rely upon to serve in various ministries. Our church and community would suffer an irreplaceable loss that could never be quantified by his absence. His kindness, generosity, and zeal to help others cannot be replaced.

Thank you for your attention. Should you have any questions or concerns, please feel free to contact me at leslieaross@aol.com or (585) 415-4058.


Sincerely,

Leslie A. Ross

Leslie A. Ross